840

No. 7, Misc.   MOCK *v.* DAVIES, DEPUTY SHERIFF, ET AL.
Supreme Court of California.   Certiorari denied.   *Rolla D. Mock* for petitioner.

No. 8, Misc.   RUBENS *v.* BOIES, SHERIFF, ET AL.   Supreme Court of Arizona.   Certiorari denied.

No. 10, Misc.   CEPERO *v.* PAN AMERICAN AIRWAYS, INC.   C. A. 1st Cir.   Certiorari denied.

No. 11, Misc.   HICKS *v.* REID, SUPERINTENDENT, ET AL. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondents.

No. 13, Misc.   LATIMER   *v.*   WASHINGTON.   Supreme Court of Washington.   Certiorari denied.

No. 14, Misc.   WRIGHT *v.* ILLINOIS.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 17, Misc.   HODGES *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 18, Misc.   JIMENEZ-MELENDÉZ *v.* JONES, WARDEN. C. A. 1st Cir.   Certiorari denied.   *Santos P. Amadeo* and *Rafael V. Perez-Marchand* for petitioner.   *Victor Gutierrez Franqui* for respondent.

No. 20, Misc.   PRATT   *v.*   WASHINGTON.   Supreme Court of Washington.   Certiorari denied.